

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

January 13, 1961

Mr. Raymond W. Vowell
Executive Director
Board for Texas State Hospitals
and Special Schools
Box S, Capitol Station
Austin, Texas

Opinion No. WW-981

Re: Validity of proposed con-
tract between the Board
for Texas State Hospitals
and Special Schools and
the county, whereby the
county agrees to care for
mentally ill committed to
a Texas State Hospital
under the control and
management of the Board
for Texas State Hospitals

Dear Mr. Vowell:                and Special Schools.

      You have requested our opinion on the validity
of a proposed contract between the Board for Texas State
Hospitals and Special Schools and the County of El Paso,
whereby the County of El Paso, acting by and through the
El Paso County Hospital, agrees to care and treat persons
adjudged to be mentally ill, specifically agreeing to:
(1) provide and maintain in-patient hospital facilities,
(2) provide diets and basic nursing care, (3) furnish and
maintain facilities for out-patients, and (4) provide and
make available psychiatric consulting services of an aver-
age of ten visits per week.

      Pursuant to the provisions of Article 3174b,
Vernon's Civil Statutes, the Board for Texas State Hospi-
tals and Special Schools has control and management of the
Texas State Hospitals and Special Schools created by the
Legislature and such "out-patient clinics" as are establish-
ed by the Board pursuant to the provisions of Article 3174b-4,
Vernon's Civil Statutes.

      The El Paso County Hospital is not a Texas State
Hospital or Special School created by the Legislature and

the proposed contract does not create an out-patient clinic in compliance with the provisions of Article 3174b-4, Vernon's Civil Statutes. We fail to find any provision authorizing the Board for Texas State Hospitals and Special Schools to contract with the county for the care and treatment of mentally ill committed to a Texas State Hospital under the management and control of the Board for Texas State Hospitals and Special Schools. It is our opinion that the proposed contract attached to your request is invalid.

SUMMARY

The Board for Texas State Hospitals and Special Schools does not have authority to enter into the proposed contract whereby the county agrees to care for the mentally ill committed to a Texas State Hospital under the control and management of the Board for Texas State Hospitals and Special Schools.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:ms/hmc

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Glenn R. Brown
Cecil Cammack
Dean Davis
Gordon Cass
Fred Werkenthin

REVIEWED FOR ATTORNEY GENERAL
BY: Morgan Nesbitt